IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DARRYL GARDNER,** | : | CIVIL ACTION NO. 1:22-CV-1007 |
| Plaintiff | : | (Judge Conner) |
| v. | : | |
| **LAUREL HARRY**, *et al.*, | : | |
| Defendants | : | |

## ORDER

AND NOW, this 9th day of August, 2022, upon review of plaintiff's complaint pursuant to 28 U.S.C. § 1915A, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. Plaintiff's claim that his placement in a double cell violates Pennsylvania Department of Corrections policy is DISMISSED with prejudice.

2. The remainder of plaintiff's complaint (Doc. 1) is DISMISSED without prejudice.

3. Plaintiff may file an amended complaint on or before **September 9, 2022** to cure the deficiencies identified in the court's memorandum opinion. Any amended complaint filed pursuant to this order shall be filed to the same docket number as the instant action, shall be entitled "Amended Complaint," and shall be complete in all respects. It shall be a new pleading that stands by itself as an adequate complaint under the Federal Rules of Civil Procedure.

4. If plaintiff does not file an amended complaint by the above date, this case will be dismissed without further leave to amend for the reasons stated in the accompanying memorandum.

5. Plaintiff's motion for injunctive relief and damages (Doc. 9) is DENIED.

>  /S/ CHRISTOPHER C. CONNER
>  Christopher C. Conner
>  United States District Judge
>  Middle District of Pennsylvania