IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DARRYL GARDNER,** | : CIVIL ACTION NO. 1:22-CV-1007 |
| **Plaintiff** | : (Judge Conner) |
| v. | : |
| **LAUREL HARRY,** *et al.*, | : |
| **Defendants** | : |

# **ORDER**

AND NOW, this 23rd day of June, 2023, upon consideration of defendants' motion (Doc. 18) to dismiss, the parties' respective briefs in support of and opposition to said motion, and plaintiff's motion (Doc. 29) for summary judgment, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. Defendants' motion (Doc. 18) to dismiss is GRANTED.

2. Plaintiff's amended complaint (Doc. 13) is DISMISSED without further leave to amend.

3. Plaintiff's motion (Doc. 29) for summary judgment is DENIED.

4. The Clerk of Court is directed to CLOSE this case.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania